UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:23-cr-12 |
| vs. | Hon. Robert J. Jonker<br>United States District Judge |
| MATTHEW JOSEPH SHEEHAN,<br>a.k.a. "MONKEY," | Hon. Maarten Vermaat<br>United States Magistrate Judge |
| Defendant. | |
| _____/ | |

## GOVERNMENT'S MOTION FOR DETENTION

The United States Attorney moves for pretrial detention of the defendant under 18 U.S.C. § 3142(f)(1)(C) on the basis that this case alleges an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et. seq.) and involves a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness pursuant to 18 U.S.C. § 3142(f)(2)(A) and (B).  The government avers that there are no conditions of release that will reasonably assure the safety of any other person and the community, taking into account the available information concerning the nature and circumstances of the offense, the weight of the evidence against the defendant, the history and characteristics of the defendant, and the nature and seriousness of the danger to the community that would be posed by the defendant's release.  *See* 18 U.S.C. § 3142(g). Moreover, there is a rebuttable presumption of detention in this case.  See 18 U.S.C. § 3142(e)(3)(A).  Defendant Sheehan has other pending state charges for which he is being detained in the Iron County Jail.

The government respectfully requests three days to prepare for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2)(B).

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated:  November 3, 2023

/s/ *Paul D. Lochner*
PAUL D. LOCHNER
Assistant United States Attorney