UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 2:23-cr-00012-RJJ-MV

v.                                   Hon. Robert J. Jonker

MATTHEW JOSEPH SHEEHAN,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Detention Hearing |
| Date/Time: | November 15, 2023   01:30 PM |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | Marquette, MI |

                                                 MAARTEN VERMAAT
                                               U.S. Magistrate Judge

Dated:  November 9, 2023        By:   /s/ C. A. Moore_____
                                                    Courtroom Deputy