UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-12 |
| Plaintiff, | Hon. Robert J. Jonker<br>U.S. District Judge |
| v. | |
| MATTHEW JOSEPH SHEEHAN, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant Sheehan appeared before the undersigned for an arraignment on an indictment charging him with possession with intent to distribute methamphetamine. Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: November 15, 2023            /s/ *Maarten Vermaat*
                                                           MAARTEN VERMAAT
                                                           U.S. MAGISTRATE JUDGE