UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case No. 2:23−cr−00012−RJJ−MV

v.                                              Hon. Robert J. Jonker

MATTHEW JOSEPH SHEEHAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Initial Pretrial Conference<br>Scheduling Conference |
| Date/Time: | November 29, 2023   02:00 PM |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | Marquette, MI |

*Counsel should come prepared to discuss trial dates and/or ends of justice motions. Defendant must attend unless their appearance is waived in writing at least three days before the conference. The parties shall each e−file an IPTC summary statement within 7 days of the date of this notice. See the Court's standard IPTC summary statement forms at www.miwd.uscourts.gov under Forms/Criminal Forms. This hearing will be done in the Courtroom.*

                                                            MAARTEN VERMAAT
                                                            U.S. Magistrate Judge

Dated:  November 15, 2023        By:   /s/ C. A. Moore
                                                     Courtroom Deputy