UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                Plaintiff,

v.

MATTHEW JOSEPH SHEEHAN

                Defendant.

Case No. 2:23-cr-00012-RJJ-MV

Hon. Robert J. Jonker

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant MATTHEW JOSEPH SHEEHAN, through his/her attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

[x] The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant [ ] will  [x] will not provide reciprocal discovery.

II. **TRIAL**

The defendant requests a [x] jury  [ ] non-jury trial.

III. **MISCELLANEOUS**

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

[x] Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

[ ] Counsel for defendant is aware of the following potential conflicts:

IV. **OBLIGATIONS**

[x] Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date: November 19, 2023

/s/Brian Thomas Dailey
Counsel for Defendant

(Rev. 03/01/2019)