AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Michigan__

Plaintiff(s),

V.

Matthew Joseph Sheehan

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cr-00012-RJJ-MV

Notice is hereby given that, subject to approval by the court, __Matthew Joseph Sheehan__ substitutes
(Party (s) Name)

__Brian Thomas Dailey__, State Bar No. __P39945__ as counsel of record in
(Name of New Attorney)

place of __Elizabeth A. LaCosse__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Dailey Trial Lawyers, PC
- Address: 77 Oxford Court, Grosse Pointe Shores, MI 48236
- Telephone: (313) 640-1111   Facsimile (313) 640-9999
- E-Mail (Optional): brian@daileytriallawyers.com

I consent to the above substitution.
Date: 11/20/2023

*Matt Sheehan* (Signature of Party (s))

I consent to being substituted.
Date: 11/20/2023

*Elizabeth LaCosse* (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/20/2023

*Brian Dailey* (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]