✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Michigan

|  | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Matthew Joseph Sheehan | CASE NUMBER: 2:23-cr-00012-RJJ-MV |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, Matthew Joseph Sheehan substitutes
(Party (s) Name)

Brian Thomas Dailey _____ , State Bar No. P39945 as counsel of record in
(Name of New Attorney)

place of Elizabeth A. LaCosse _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Dailey Trial Lawyers, PC

Address: 77 Oxford Court, Grosse Pointe Shores, MI 48236

Telephone: (313) 640-1111       Facsimile (313) 640-9999

E-Mail (Optional): brian@daileytriallawyers.com

I consent to the above substitution.

Date: 11/20/2023                    *Matt Sheehan*
                                              (Signature of Party (s))

I consent to being substituted.

Date: 11/20/2023                    *Elizabeth LaCosse*
                                              (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/20/2023                    *Brian Dailey*
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 27, 2023            /s/ *Maarten Vermaat*
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]