UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:23-cr-12

        Plaintiff,                                   Hon. Robert J. Jonker
                                                           U.S. District Judge
v.

MATTHEW JOSEPH SHEEHAN,

        Defendant.
_____/

### ORDER SCHEDULING PROGRESSION OF CASE

Jury trial in this matter shall commence on **March 11, 2024 at 9:00 a.m.**, at the U.S. District Court in Marquette, Michigan before Hon. Jane M. Beckering.

If either party desires a hearing under *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 571 (1993), regarding expert testimony, that party shall notify the Court by **February 12, 2024**.

A final pretrial conference shall be held on **February 28, 2024 at 10:30 am.,** before Hon. Maarten Vermaat in Marquette, Michigan. The attendance of Defendant is required unless specifically waived in writing.

At the final pretrial conference, the parties shall:

1. Discuss the status of plea negotiations.

2. Discuss legal issues, including motions in limine, or other evidentiary issues which may arise during the course of trial.

3. Enter stipulations of uncontested facts.

4. Submit proposed preliminary jury instructions, defining the nature of the alleged offenses and the elements of that offenses.

5. Advise the Court of the number of witnesses to be called.

6. Disclose the identity of all expert witnesses and agree, if possible, upon the qualifications of expert witnesses.

7. Agree, if possible, upon the admissibility of exhibits. The parties shall mark the exhibits for identification prior to the final pretrial conference.

8. Estimate the time required for trial.

9. Submit proposed *voir dire* questions. During *voir dire,* the parties will not be permitted to repeat questions asked on the jury questionnaire or questions asked by the Court.

10. Prior to the final pretrial conference, the parties shall meet and confer regarding jury instructions. At the conference, the parties shall submit a joint set of jury instructions. The parties will identify the instructions upon which they agree and disagree. The parties shall also submit a brief statement of the nature of any disputes relative to the jury instructions. This Court uses the 6th Circuit Pattern Criminal Jury Instructions (West Publishing).

11. Three days prior to the final pretrial conference, the Government shall file its trial brief. If the Defendant elects to submit a trial brief, it shall be filed prior to the final pretrial conference.

12. Discuss trial practice and procedures.

13. Any party intending to introduce into evidence summaries pursuant to Fed.R.Evid.1006 must make available at or before the final pretrial conference copies of all such summaries and duplicates of the supporting documents summarized.

Motions in limine shall be filed at least twenty-four (24) hours prior to the final pretrial conference. The deadline for filing the plea agreement will be **February 12, 2024**.

IT IS SO ORDERED.

Dated:  December 6, 2023         /s/ *Maarten Vermaat*
                                 MAARTEN VERMAAT
                                 U.S. MAGISTRATE JUDGE