**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Matthew Joseph Sheehan | **Mag. Judge:** | Maarten Vermaat |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-12-RJJ | 12/20/2023 | — | Marquette | |

**APPEARANCES:**

| Government: Paul Lochner | Defendant: | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br> __ mute   __ nolo contendre <br> __ not guilty   __ guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> ✓ Other:  Telephone St. Conf. | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> __ Ordered   __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for <br> expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| The Court was unable to hold the telephone status conference as planned; the Assistant United States Attorney appeared, but Defense Counsel did not. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:   __ Yes __ No <br> Defendant informed of right to appeal:   __ Yes __ No <br> Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** | **Courtroom Deputy:**   D. Brown |